MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| EUGENE PALETTA, | ) | Bankruptcy No. 09-45840 |
| | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | HON. LESLIE J. TCHAIKOVSKY |

**<u>DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR</u>**

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . $6,000.00

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . $1,850.00*

Balance due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $4,150.00

* We also received the filing fee in the amount of $274.00

2.  The source of the compensation paid to me was:

        [ ]   Debtor        [ ]   Other (specify)

3.  The source of compensation to be paid to me is :

        [ ]   Debtor        **[X]**   Other (specify)
                                  **Through the Ch. 13 Plan**

-1-                    DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

4. **[X]** I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

**[ ]** I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to the Moran Law Group, Inc. for representation of the debtor(s) in this bankruptcy proceeding.

MORAN LAW GROUP, INC.

Dated:_____          _____
                                 RENÉE C. MENDOZA
                                 Attorney for Debtor(s)